**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 52339.**

April 6, 1972.

The showing made reveals that relator is not entitled to the relief sought.

259 So.2d 919

**STATE of Louisiana ex rel. Jake GLOVER**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52340.**

April 6, 1972.

The ruling of the trial judge is correct.

259 So.2d 919

**Walter T. GRIFFIS**

**v.**

**The TRAVELERS INSURANCE COMPANY et al.**

**No. 52313.**

April 11, 1972.

that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.